UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KAREN ROBERTS,<br><br>  Plaintiff,<br><br>  vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No. C05-5141JKA<br><br><br><br>ORDER |

Based upon the Stipulation between the parties, it is hereby ORDERED that this case is REVERSED and REMANDED for further administrative proceedings. 42 U.S.C. § 405(g) (sentence four). The case shall be remanded to a new ALJ who shall: 1) consult with a medical ///

///

Page 1       ORDER - [C05-5141JKA]

expert to infer an onset date of disability; 2) re-evaluate the findings and opinions of Drs. Savlov and Lewis; and 3) complete any other actions necessary to develop the record and issue a new decision.

DATED this 28th day of October, 2005.

/s/ *J. Kelley Arnold*

UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JEFFREY BAIRD
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2205
FAX: (206) 615-2531
jeffrey.h.baird@ssa.gov