U.S. Magistrate Judge J. Kelley Arnold

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| KAREN ROBERTS, | CASE NO. C05-5141 JKA |
| Plaintiff, | |
| vs. | ORDER GRANTING ATTORNEY FEES |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |

The court hereby grants Plaintiff's Motion for Attorney Fees in the amount of $4,728.06 pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412, and reimbursement of costs in the amount of $18.60 pursuant to 28 U.S.C. §1920, is hereby granted.

DATED this 16th day of December, 2005.

_/s/ J. Kelley Arnold_
U.S. Magistrate Judge J. Kelley Arnold

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
SHERRI ALLEN, WSBA #27410
P. O. BOX 2209
BREMERTON, WASHINGTON  98310
(360) 373-8844