# United States District Court

WESTERN DISTRICT OF WASHINGTON

KAREN ROBERTS,
                Plaintiff,

        v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C05-5141JKA

JO ANNE B BARNHART,
Commissioner of Social Security,
                Defendant.

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Court GRANTS Plaintiff's Motion for Attorney Fees in the amount of $4,728.06 and reimbursement of costs in the amount of $18.60.

March 7, 2006                               BRUCE RIFKIN
Date                                               District Court Executive

                                                          s/Kelly A Miller
                                                          By Kelly A Miller, Deputy Clerk